1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN MOEN,

11          Plaintiff,              No. CIV S-02-1237 GEB KJM P

12      vs.

13   CHERYL PLILER, Warden, et al.,

14          Defendants.        FINDINGS & RECOMMENDATIONS

15   _____/

16          By an order filed March 26, 2003, this court ordered plaintiff to submit materials

17   for service of process.  Plaintiff has not responded in any way to the court's order.

18          IT IS HEREBY RECOMMENDED that this action be dismissed without

19   prejudice.  See Fed. R. Civ. P. 41(b).

20          These findings and recommendations will be submitted to the United States

21   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

22   twenty days after being served with these findings and recommendations, plaintiff may file

23   written objections with the court.  The document should be captioned "Objections to Findings

24   /////

25   /////

26   /////

1

and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/moen1237.fusm