1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN MOEN,

12          Plaintiff,                No. CIV S-02-1237 GEB KJM P

13       vs.

14   CHERYL PLILER, Warden, et al.,

15          Defendants.              ORDER

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, has

18   filed this civil rights action seeking relief under 42 U.S.C.

19   § 1983.  The matter was referred to a United States Magistrate

20   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

21   Order No. 262.

22          On June 30, 2005, the magistrate judge filed findings

23   and recommendations herein which were served on plaintiff and

24   which contained notice to plaintiff that any objections to the

25   findings and recommendations were to be filed within twenty days.

26

1  Plaintiff has not filed objections to the findings and

2  recommendations.

3          The court has reviewed the file and finds the findings

4  and recommendations to be supported by the record and by the

5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

6  that:

7          1.  The findings and recommendations filed June 30,

8  2005, are adopted in full; and

9          2.  This action is dismissed without prejudice.  See

10 Fed. R. Civ. P. 41(b).

11 Dated:  August 18, 2005

12

                              /s/ Garland E. Burrell, Jr.
13                            GARLAND E. BURRELL, JR.
                              United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26